UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                              Chapter 13

ANTELMO FLORES AND                                  Case No. 09-B-37233
VIRGINIA FLORES,

                              Debtors,
------------------------------------------------------x

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      LAST KNOWN ADDRESS                                      AMOUNT OF DIVIDEND

      Mr. & Mrs. Flores                                               $2,340.00
      40 Walnut Street
      Walden, New York 12586

   Trustee's check to your order in the sum of $2,340.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
         August 26, 2011

                                                    Respectfully submitted,
                                                    */s/ Jeffrey L. Sapir*
                                                    JEFFREY L. SAPIR
                                                    Standing Chapter 13 Trustee